**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 26-1231**

───────────

ERNEST OWUSU,

        Plaintiff - Appellant,

    v.

TODD BLANCHE, Attorney General; MARKWAYNE MULLIN; BAEZ LUCY, d/b/a Baez Lucy,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:26-cv-00519-RDA-WEF)

───────────

Submitted:  July 9, 2026                    Decided:  August 10, 2026

───────────

Before THACKER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ernest Owusu, Appellant Pro Se.  Christian James Cooper, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Owusu appeals the order of the district court denying his emergency motion for a temporary restraining order and preliminary injunction and dismissing his complaint for lack of subject matter jurisdiction under 8 U.S.C. § 1252(g). We have reviewed the record and discern no reversible error.[*] The district court correctly found that it lacked subject matter jurisdiction, by virtue of § 1252(g), over Owusu's requests that the court declare his removal proceedings unlawful, enjoin those proceedings, and stay his removal. *See Mapoy v. Carroll*, 185 F.3d 224, 227-31 (4th Cir. 1999). Accordingly, we affirm the district court's order. *Owusu v. Bondi*, No. 1:26-cv-519-RDA-WEF (E.D. Va. Feb. 20, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Owusu has filed a motion for injunctive relief pending appeal and to expedite briefing. We deny his motion.